IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br><br>                Plaintiffs,<br>v.<br><br>RED RIVER TRUCKING, LLC<br><br>                Defendant. | Civil Action No. 1:08-cv-01114-RJL |

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

1.     I am an Attorney Assistant for the Office of General Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2.     On or about July 7, 2008, pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), a copy of the Summons and Complaint in this action was mailed to Red River Trucking, LLC by certified mail to:

>  Red River Trucking, LLC
>  155 East Main Street
>  Suite 300
>  Lexington, Kentucky 40507

3.     Service was accomplished on July 10, 2008. A copy of the signed receipt is attached to this Affidavit as Exhibit A.

4.     It is my belief that the person signing the return receipt was acting as the authorized agent of Red River Trucking, LLC.

2

5.  I declare under penalty of perjury that the foregoing is true and correct.

/s/
Karen K. Davie
Attorney Assistant

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 21st DAY OF

JULY, 2008

/s/
Annette Hargis
Notary Public

MY COMMISSION EXPIRES OCTOBER 14, 2012.

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, I served the foregoing Affidavit of Service by Certified Mail via United States Mail, First Class, Postage Prepaid, to the following individual:

> Richard M. Wehrle, Registered Agent
> Red River Trucking, LLC
> 155 East Main Street
> Suite 300
> Lexintgon, Kentucky 40507

/s/
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No.  441708

197031675.doc

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]*   ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>Will Mustian           7/10/08<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Richard M. Wehrle<br>Registered Agent<br>Red River Trucking, LLC<br>155 East Main Street, Suite 300<br>Lexington, Kentucky 40507 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*       ☐ Yes |
| 2. Article Number<br>*(Transfer from service)*   7005 1820 0003 6745 7346 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540